# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 21, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154851

ALICE M. BROWN,
            Plaintiff-Appellee,

v

CITY OF SAULT STE MARIE, ERIC
FOUNTAIN, GREG SCHMITIGAL, MIKE
BREAKIE, JEFF KILLIPS, and BRUCE
LIPPONEN,
            Defendants-Appellants.

SC:  154851
COA:  330508
Chippewa CC:  14-013459-NO

_____/

On order of the Court, the application for leave to appeal the October 20, 2016 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the Court of Appeals properly applied MCL 691.1404(1) ("[t]he notice shall specify . . . the injury sustained . . .") when it concluded that the plaintiff's notice, "when read as a whole," was adequate because the notice "referenced documents" that more fully described the plaintiff's injuries.  The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 21, 2017



s0614

Clerk